# Exhibit 1

# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:
854600

WRITER'S DIRECT DIAL:
212-277-5883
jkinkle@blhny.com

July 27, 2022

**Via FedEx and Email (dmca@stites.com)**

Fine Art America
ATTN: Copyright Agent
2202 Main Street
Santa Monica, CA 90405

Re:     *Notification of Copyright Infringement of Misty Mountains*

Dear Copyright Agent,

My firm represents the artist Debra Ann Reilly. Ms. Reilly is the creator and copyright holder of an oil painting entitled "Misty Mountains" (2011). Ex. A. "Misty Mountains," which depicts the sun shining onto mountains through a misty sky, is painted in an abstract impressionist style that also makes use of pointillist techniques. The painting was created in 2009, first published in November 2011, and was registered with the United States Copyright Office that same month (VA0001810126). Ex. B. Ms. Reilly is the exclusive rights holder to "Misty Mountains."

It has recently come to our attention that a seller on the Fine Art America online marketplace, Archangelus Gallery, is passing off "Misty Mountains" as its own original work and selling items that infringe on Ms. Reilly's copyright. Ex. C. Archangelus Gallery has been selling these items since at least June 10, 2015, under the title "Painting," and listing the artist as "Archangelus Gallery."  Ms. Reilly has no relation with Archangelus Gallery and has never given Archangelus Gallery authorization to sell any prints or items incorporating "Misty Mountains."

- The infringing material is located at the follow URLs:
    - https://fineartamerica.com/featured/2-painting-matteo-totaro.html

BELDOCK LEVINE & HOFFMAN LLP

Fine Art America
July 27, 2022
Page 2

        o    https://images.fineartamerica.com/images/artworkimages/mediumlarge/1/2-painting-matteo-totaro.jpg

      Ms. Reilly demands that Fine Art America remove the infringing material from its online marketplace immediately. I am providing this notice in good faith and with reasonable belief that Ms. Reilly's rights are being infringed. Under the penalty of perjury, I certify that the information contained in this notification is both true and accurate, and that I am authorized to make this complaint on behalf of Ms. Reilly.

      Please let me know if you need any more information from me or would like to schedule a time to discuss.

Sincerely,

Jeff Kinkle

Encl.

# Exhibit A



Debra Ann Reilly – *Misty Mountains* (2011)

# Exhibit B



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (debra ann reilly)[ in Name: All ]
Search Results: Displaying 2 of 2 entries



*Misty Mountains.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001810126 / 2011-11-18
**Application Title:** Misty Mountains.
**Title:** Misty Mountains.
**Description:** Electronic file (eService)
**Copyright Claimant:** Debra Ann Reilly. Address: 78-20 68th Road, Middle Village, NY, 11379.
**Date of Creation:** 2009
**Date of Publication:** 2011-11-01
**Nation of First Publication:** United States
**Authorship on Application:** Debra Ann Reilly; Domicile: United States; Citizenship: United States. Authorship: photograph(s), 2-D artwork, abstract impressionist oil painting.
**Rights and Permissions:** Debra Ann Reilly, 78-20 68th Road, Middle Village, NY, 11379, United States, (917) 912-8159, debraannreilly@earthlink.net
**Names:** Reilly, Debra Ann





---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page  |  Library of Congress Home Page

# Exhibit C





Painting Painting by Archangel ×

https://fineartamerica.com/featured/2-painting-matteo-totaro.html

Looking for design inspiration? Browse our **curated collections**!

fineartamerica Search SHOP CREATE SELL DISCOVER

Wall Art Home Decor Lifestyle Tech Stationery Apparel Collections Artists Community Join Sign In

‹ Archangelus Gallery | Wall Art / Paintings / Entry Paintings

‹ PREV | NEXT › 0 0

Painting

by Archangelus Gallery

| | |
|---|---|
| Wall Art | $41 |
| Home Decor | $23 |
| Lifestyle | $36 |
| Stationery | $5 |
| Phone Cases | $21 |

## Buy the Original Painting

Price $5,000

Dimensions 40.000 x 120.000 x 2.000 cm.

This original painting is currently for sale. At the present time, originals are not offered for sale through the Fine Art America secure checkout system. Please contact the artist directly to inquire about purchasing this original.

Click here to contact the artist.

**Title**
Painting

**Artist**
Archangelus Gallery

**Medium**
Painting

**Description**
None

**Uploaded**
June 10th, 2015

**Statistics**
Viewed 171 Times - Last Visitor from Beverly Hills, CA on 07/26/2022 at 10:46 AM

**Colors**

**Embed**
<a href='https://fineartamerica.com/feature

Screenshot from Archangelus Gallery v. Close up of *Misty Mountains*

