UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
: Case No. 22-mc-00209
:
In re DMCA Subpoena to Fine Art America : **Order**
:
:
------------------------------------------------------------------ X

### ORDER GRANTING SUBPOENA

    This matter comes before the Court upon the ex parte application of movant Debra Ann Reilly along with the Declaration of Jeffrey F. Kinkle, Esq., and supporting documents for the signing of a subpoena directing Fine Art America to produce the identity of entities or persons believed to be infringing on the copyright of Debra Ann Reilly.

    Having considered the Declaration and all documents submitted in support of the instant application, the Court finds good reason to issue an order directing the clerk to issue said subpoena and it is therefore:

    ORDERED that the clerk of this Court shall issue the subpoena for Fine Art America as sought by the movant.

Application **GRANTED**.  By **September 2, 2022**, and every thirty (30) days thereafter, movant shall file a letter regarding the status of Fine Art's response to the subpoena.

Dated: August 5, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE